IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JODY L. ROGERS | : | No: 1-17-02138 |
| NORMAN R. ROGERS | : | |
|    Debtors | : | Chapter 13 |
| | : | |
| VW CREDIT, INC. DBA | : | |
| WOLKSWAGEN CREDIT | : | |
|    Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| JODY L. ROGERS | : | |
| NORMAN R.ROGERS | : | |
|    Debtors | : | |
| | : | |
| CHARLES J. DEHART, III, ESQ. | : | |

## ANSWER

AND NOW comes Jody & Norman Rogers, Debtors, by their attorney, Steven M. Carr, Esquire, 119 East Market Street, York, PA 17401 and files this Answer of which the following is a statement:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted, except that Debtors can make past due payments.

7. Admitted.

8. Denied. Debtors can and will pay the past due payments.

9. Denied

WHEREFORE, Debtors pray that the Motion be dismissed

                                                      Respectfully submitted,
                                                     Ream Carr Markey & Woloshin
                                                     /s/Steven M. Carr
                                                     STEVEN M. CARR, ESQUIRE
                                                     Attorney for Debtors
                                                     119 E. Market St
                                                     York, PA 17401
                                                     (717) 843-8968
                                                     Sup. Ct. I.D. #34336