UNITED STATES BANKRUPTCY COURT FOR
MIDDLE DISTRICT OF PENNSYLVANIA

HIBU INC. f/k/a YELLOWBOOK INC.

    Claimant

No. 17-02138

NORMAN R. ROGERS and JODY L. ROGERS,

    Debtors

## PRAECIPE FOR WITHDRAWAL OF PROOF OF CLAIM

NOW COMES, hibu, Inc. f/k/a Yellowbook, Inc., through its counsel, John R. Keating, Esquire and AMATO KEATING AND LESSA, P.C., and submits this Praecipe for Withdrawal of Proof of Claim in the above matter and in support thereof avers as follows:

1. On or about June 6, 2017 hibu, Inc. f/k/a Yellowbook, Inc. filed a Proof of Claim of record in the above matter for $11,547.84 (Claim No. 4).

2. A settlement was reached with a co-obligor - Affordable Lawn Care and Landscaping, LLC which has been fully paid which has the affect of extinguishing hibu, Inc.'s claim against Norman Rogers.

WHEREFORE, hibu, Inc., by and through counsel, request that its filed proof of claim in this matter be withdrawn.

Dated: December 12, 2017

    AMATO KEATING AND LESSA, P.C.
    By:

    _____
    John R. Keating, Esquire
    Pennsylvania ID #52779
    Attorney for Claimant
    107 North Commerce Way
    Bethlehem, PA 18017
    (610) 866-0400