```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02138-RNO
Norman R Rogers                                                     Chapter 13
Jody L Rogers
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: DGeorge            Page 1 of 1           Date Rcvd: Jan 03, 2018
                              Form ID: ortext          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db/jdb         +Norman R Rogers,   Jody L Rogers,   4270 Nursery Road,   Dover, PA 17315-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   VW Credit Inc. dba Volkswagen Credit
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              John R Keating    on behalf of Creditor    Yellowbook, Inc. jkeating@keatinglawfirm.com,
               efile-bank@amatolaw.com
              Mario John Hanyon    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              Peter S Russ    on behalf of Creditor    Caterpillar Financial Services Corporation
               peter.russ@bipc.com,  donna.curcio@bipc.com
              Shawn Michael Long    on behalf of Creditor    Fulton Bank, N.A. formerly known as Fulton Bank
               slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;kcunneen@barley.com;tshober@barley.com;dkearney@barley.com
              Steven M. Carr    on behalf of Debtor 1 Norman R Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr    on behalf of Plaintiff Jody L Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr    on behalf of Plaintiff Norman R Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr    on behalf of Debtor 2 Jody L Rogers stevecarr8@comcast.net,  njdodson@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Norman R Rogers<br>Jody L Rogers<br>**Debtor(s)** | Chapter: 13<br>Case number: 1:17−bk−02138−RNO |

## ORDER

Order setting Hearing on the Motion for Relief from Automatic Stay of VW Credit Inc per the Request to List Matter for Hearing. IT IS SO ORDERED on 1/3/2018. /s/Robert N. Opel, II (RE: related document(s)26, [36]). Hearing scheduled for 1/25/2018 at 10:00 AM at 3rd & Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, PA17101. (George, Deborah)