```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 17-02138-RNO
Norman R Rogers                                                  Chapter 13
Jody L Rogers
         Debtors               CERTIFICATE OF NOTICE
District/off: 0314-1        User: TWilson              Page 1 of 1        Date Rcvd: Jan 11, 2018
                            Form ID: orcnfpln          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.
db/jdb          +Norman R Rogers,    Jody L Rogers,    4270 Nursery Road,    Dover, PA 17315-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              John R Keating    on behalf of Creditor    Yellowbook, Inc. jkeating@keatinglawfirm.com,
               efile-bank@amatolaw.com
              Mario John Hanyon    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              Peter S Russ    on behalf of Creditor    Caterpillar Financial Services Corporation
               peter.russ@bipc.com, donna.curcio@bipc.com
              Shawn Michael Long    on behalf of Creditor    Fulton Bank, N.A. formerly known as Fulton Bank
               slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;kcunneen@barley.com;tshober@barley.com;dkearney@barley.com
              Steven M. Carr    on behalf of Debtor 1 Norman R Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr    on behalf of Plaintiff Jody L Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr    on behalf of Plaintiff Norman R Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr    on behalf of Debtor 2 Jody L Rogers stevecarr8@comcast.net,  njdodson@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Norman R Rogers<br>Jody L Rogers | Chapter 13 |
| | Case No. 1:17−bk−02138−RNO |
| Debtor(s) | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 28, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: January 11, 2018

By the Court,

*[signature]*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: TWilson, Deputy Clerk