```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02138-RNO
Norman R Rogers                                                     Chapter 13
Jody L Rogers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: TWilson        Page 1 of 1        Date Rcvd: Jan 12, 2018
                            Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
db/jdb          +Norman R Rogers,    Jody L Rogers,    4270 Nursery Road,    Dover, PA 17315-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor   VW Credit Inc. dba Volkswagen Credit
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              John R Keating    on behalf of Creditor    Yellowbook, Inc. jkeating@keatinglawfirm.com,
               efile-bank@amatolaw.com
              Mario John Hanyon    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              Peter S Russ    on behalf of Creditor    Caterpillar Financial Services Corporation
               peter.russ@bipc.com, donna.curcio@bipc.com
              Shawn Michael Long    on behalf of Creditor    Fulton Bank, N.A. formerly known as Fulton Bank
               slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;kcunneen@barley.com;tshober@barley.com;dkearney@barley.com
              Steven M. Carr    on behalf of Debtor 1 Norman R Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr    on behalf of Plaintiff Jody L Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr    on behalf of Plaintiff Norman R Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr    on behalf of Debtor 2 Jody L Rogers stevecarr8@comcast.net, njdodson@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jody L. Rogers<br>Norman R. Rogers<br>    Debtors | CHAPTER 13 |
| VW Credit Inc. dba Volkswagen Credit<br>    Movant<br>vs. | NO. 17-02138 RNO |
| Jody L. Rogers<br>Norman R. Rogers<br>    Debtors | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>    Trustee | |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: January 12, 2018

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)