```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 17-02138-HWV
Norman R Rogers                                             Chapter 13
Jody L Rogers
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke          Page 1 of 1        Date Rcvd: Feb 12, 2020
                            Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2020.
5151078          Flagstar Bank, FSB,    P.O. Box 660263,    Dallas, TX 75266-0263,    Flagstar Bank, FSB,
                  P.O. Box 660263,    Dallas, TX 75266-0263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit
               bkgroup@kmllawgroup.com
              Janet M. Spears     on behalf of Creditor     Flagstar Bank, FSB bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              Jerome B Blank     on behalf of Creditor     Pingora Loan Servicing, LLC pamb@fedphe.com
              John R Keating     on behalf of Creditor     Yellowbook, Inc. jkeating@keatinglawfirm.com,
               efile-bank@amatolaw.com
              Mario John Hanyon     on behalf of Creditor     Pingora Loan Servicing, LLC pamb@fedphe.com
              Peter S Russ     on behalf of Creditor     Caterpillar Financial Services Corporation
               peter.russ@bipc.com,    donna.curcio@bipc.com
              Shawn Michael Long     on behalf of Creditor     Fulton Bank, N.A. formerly known as Fulton Bank
               slong@barley.com,    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com
              Sherri   Smith     on behalf of Creditor     Flagstar Bank, FSB sherri.smith@phelanhallinan.com
              Steven M. Carr     on behalf of Debtor 1 Norman R Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr     on behalf of Plaintiff Jody L Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr     on behalf of Plaintiff Norman R Rogers stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr     on behalf of Debtor 2 Jody L Rogers stevecarr8@comcast.net,    njdodson@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-02138-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Norman R Rogers
4270 Nursery Road
Dover PA 17315

Jody L Rogers
4270 Nursery Road
Dover PA 17315

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/11/2020.

Name and Address of Alleged Transferor(s):

Claim No. 18: Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263, Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263

Name and Address of Transferee:

MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077
MidFirst Bank
Bankruptcy Department

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/14/20

Terrence S. Miller
**CLERK OF THE COURT**