## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-02138** |
| **Norman R Rogers** | : | **Chapter 13** |
| **Jody L Rogers** | : | **Judge Henry W. Van Eck** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **Pingora Loan Servicing, LLC** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Norman R Rogers** | : | |
| **Jody L Rogers** | : | |
| | : | |
| **Charles J DeHart, III** | : | |
| **Respondents.** | | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Pingora Loan Servicing, LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

          Respectfully submitted,

          /s/ Karina Velter
          Karina Velter, Esquire (94781)
          Adam B. Hall (323867)
          Sarah E. Barngrover (323972)
          Manley Deas Kochalski LLC
          P.O. Box 165028
          Columbus, OH  43216-5028
          Telephone: 614-220-5611
          Fax: 614-627-8181
          Attorneys for Creditor
          The case attorney for this file is Karina Velter.
          Contact email is kvelter@manleydeas.com

20-018912_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 17-02138 |
| **Norman R Rogers** | : Chapter 13 |
| **Jody L Rogers** | : Judge Henry W. Van Eck |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Pingora Loan Servicing, LLC** | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| **Norman R Rogers** | : |
| **Jody L Rogers** | : |
| | : |
| **Charles J DeHart, III** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Steven M. Carr, Attorney for Norman R Rogers and Jody L Rogers, stevecarr8@comcast.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Norman R Rogers and Jody L Rogers, 4270 Nursery Road, Dover, PA 17315

/s/ Karina Velter

20-018912_PS