United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-02138-HWV
Norman R Rogers  Chapter 7
Jody L Rogers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1　　　　　　　　　　User: AutoDocke　　　　　　　　　　Page 1 of 5
Date Rcvd: May 26, 2021　　　　　　　　Form ID: 309A　　　　　　　　　　Total Noticed: 111

The following symbols are used throughout this certificate:
**Symbol**　　**Definition**

+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#　　Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman R Rogers, Jody L Rogers, 4270 Nursery Road, Dover, PA 17315-2624 |
| aty | | Adam Bradley Hall, Manley Deas Kochalski, P.O. Box 165028, Columbus, OH 43216-5028 |
| aty | + | James Warmbrodt, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Janet M. Spears, Aldridge Pite, LLP, 4375 Jutland Drive, San Diego, CA 92117-3600 |
| aty | + | Jerome B Blank, Phelan Hallinan & Schmieg LLP, One Penn Center, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| aty | + | John R Keating, Keating Law Firm, P.C., 4232 Northern Pike, Suite 202, Monroeville, PA 15146-2720 |
| aty | + | Mario John Hanyon, Phelan Hallinan & Schmieg, 1617 JFK BLVD, Suite 1400, Philadelphia, PA 19103-1814 |
| aty | + | Peter S Russ, Buchanan Ingersoll and Rooney PC, Union Trust Building, 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |
| aty | | Shawn Michael Long, Barley Snyder LLC, 126 East King Street, Lancaster, PA 17602-2893 |
| aty | + | Sherri Smith, Pincus Law Group, PLLC, 425 RXR Plaza, Uniondale, NY 11556-3811 |
| tr | + | Leon P. Haller (Trustee), Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| cr | + | Fulton Bank, N.A. formerly known as Fulton Bank, c/o Shawn Long, Esquire, Barley Snyder, 126 East King Street, Lancaster, PA 17602-2893 |
| cr | + | Yellowbook, Inc., c/o Amato & Lessa, P.C., 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 4924750 | + | Affordable Lawn Care, & Landscaping, LLC, 4270 Nursery Road, Dover, PA 17315-2624 |
| 4924758 | + | Amtrust North America, Inc., P.O. Box 6939, Cleveland, OH 44101-1939 |
| 4924759 | + | Arcadia, P.O. Box 6768, Reading, PA 19610-0768 |
| 4924761 | + | Barley Snyder, Shawn M. Long, Esquire, 126 East King Street, Lancaster, PA 17602-2832 |
| 4924762 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 4924766 | + | Caterpillar Financial Services, 2120 West End Avenue, P.O. Box 340001, Nashville, TN 37203-0001 |
| 4955839 | + | Caterpillar Financial Services Corporation, c/o Peter S. Russ, Esq., Buchanan Ingersoll & Rooney PC, 301 Grant Street, 20th Floor, Pittsburgh, PA 15219-1410 |
| 4924768 | + | Cenlar, P.O. Box 77404, Trenton, NJ 08628-6404 |
| 4924769 | | Central Loan Adiminstration, & Reporting, P.O. Box 202027, Florence, SC 29502-2028 |
| 4924775 | + | Credit Bureau of York, Inc., 33 S. Duke Street, York, PA 17401-1485 |
| 4924776 | + | Crime Intervention Alarm, Co., Inc., 1377 Spahn Avenue, York, PA 17403-5710 |
| 4924777 | + | Cure Pharmacy, 1812 State Hill Road, Wyomissing, PA 19610-1604 |
| 4924778 | + | D&A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 4924779 | + | David Pharmacy LLC, 1518 East Main Street, Lancaster, OH 43130-3435 |
| 4924781 | + | De Luca Levine, Three Valley Square, Suite 220, Blue Bell, PA 19422-2736 |
| 4924783 | | Dex Media, P.O. Box 619810, DFW Airport, TX 75261-9810 |
| 4924784 | | EIS Collections, P.O. Box 1730, Reynoldsburg, OH 43068-8730 |
| 5151077 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 5151078 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263, Flagstar Bank, FSB, P.O. Box 660263 Dallas, TX 75266-0263 |
| 4969168 | + | Fulton Bank, N.A., fka Fulton Bank, c/o Shawn M. Long, Esquire, Barley Snyder, 126 East King Street, Lancaster, PA 17602-2893 |
| 4924789 | | GM Card, Capital One Card Services, P.O. Box 30256, Salt Lake City, UT 84130-0256 |
| 4924790 | + | HIBU Inc., fka Yellowbook, Inc., c/o Michael R. Lessa, Esquire, 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 4924798 | + | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 4924797 | | Morganstein Defalcis, Rehabilitation, 4811 Jonestown Road, Ste 123, Harrisburg, PA 17109-1751 |
| 4924794 | ++ | NORTHERN LEASING SYSTEMS INC, 525 WASHINGTON BLVD 15 FLOOR, JERSEY CITY NJ 07310-2603 address filed with |

| | | |
|---|---|---|
| | | court:, Lease Finance Group, LLC, 419 East Main Street, Suite 102, Middletown, NY 10940 |
| 4924802 | | OSS Health, 1861 Powder Mill Road, York, PA 17402-4723 |
| 4924803 | #+ | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 4924804 | | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |
| 4924805 | + | Peter Wapner, Esquire, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 4924806 | + | Physician Billing Services, 1803 Mt. Rose Avenue, Suite B3, York, PA 17403-3051 |
| 4924807 | + | Pingora Loan Servicing, LLC, 425 Phillips BLvd, Trenton, NJ 08618-1430 |
| 4992864 | + | Pingora Loan Servicing, LLC, Cenlar Federal Savings Bank, BK Department, 425 Phillips BLVD., Cenlar Federal Savings Bank, Ewing, NJ 08618-1430 |
| 4992865 | + | Pingora Loan Servicing, LLC, Cenlar Federal Savings Bank, BK Department, 425 Phillips BLVD., Ewing, NJ 08618-1430 |
| 4924808 | | Productivity Plus Account, Dept. 93-1158017446, P.O. Box 78004, Phoenix, AZ 85062-8004 |
| 4924809 | + | Quality Care, Ambulance Service, 54 N. Harrison Street, York, PA 17403-1224 |
| 4924810 | + | Rogers & Son Lawn Care, & Landscaping, LLC, 4270 Nursery Road, Dover, PA 17315-2624 |
| 4924812 | + | Sheffield Financial, P.O. Box 5802296, Charlotte, NC 28258-0001 |
| 4924811 | + | Sheffield Financial, P.O. Box 5802259, Charlotte, NC 28258-0001 |
| 4924814 | + | Skyline Health Services, LLC, 505 Marlboro Road, Wood Ridge, NJ 07075-1235 |
| 4924816 | | Stoneleigh Recovery Assoc., P.O. Box 1118, Charlotte, NC 28201-1118 |
| 4924817 | + | Stoneybrook Pharmacy, 13921 S Plaza, Omaha, NE 68137-2916 |
| 4924818 | + | Summit Merchant Solutions, 100 Throckmorton Street, Suite 1800, Fort Worth, TX 76102-2802 |
| 4924820 | #+ | Terex, 200 Nyala Farm Road, Westport, CT 06880-6265 |
| 4924821 | + | The May Eye Care, Center & Associates, 250 Fame Avenue, Suite 225, Hanover, PA 17331-1576 |
| 4972769 | | U.S. Bank National Association dba, Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 4924824 | + | United Collection, Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 4961022 | + | VW Credit, Inc. (See 410), PO Box 9013, Addison, Texas 75001-9013 |
| 4924826 | + | Walgreens Specialty Pharmacy, 15358 Collection Center Dr., Chicago, IL 60693-0153 |
| 4924828 | | Wellspan Health, P.O. Box 74264, Cincinnati, OH 45274-2641 |
| 4924829 | | Wellspan Physician Billing, P.O. Box 742641, Cincinnati, OH 45274-2642 |
| 4924831 | + | Wesco Insurance Company, P.O. Box 31330, Cleveland, OH 44131-0330 |
| 4924832 | + | York Hospital, 1001 S. George Street, York, PA 17403-3645 |

TOTAL: 65

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: stevecarr8@comcast.net | May 26 2021 18:54:00 | Steven M. Carr, Ream Carr Markey Woloshin & Hunter LLP, 119 East Market Street, York, PA 17401 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | May 26 2021 18:55:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 4924755 | | Email/Text: ebn@americollect.com | May 26 2021 18:55:00 | Americollect, Inc., P.O. Box 1566, Manitowoc, WI 54221-1566 |
| 4924756 | | Email/Text: ebn@americollect.com | May 26 2021 18:55:00 | Americollect, Inc., P.O. Box 1690, Manitowoc, WI 54221-1690 |
| 4924760 | + | EDI: ARSN.COM | May 26 2021 22:48:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 4924751 | | EDI: GMACFS.COM | May 26 2021 22:48:00 | Ally, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 4924752 | | EDI: AMEREXPR.COM | May 26 2021 22:48:00 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 4924754 | | EDI: AMEREXPR.COM | May 26 2021 22:48:00 | American Express, P.O. Box 29781, Fort Lauderdale, FL 33329 |
| 4924753 | | EDI: AMEREXPR.COM | May 26 2021 22:48:00 | American Express, P.O. Box 297858, Fort Lauderdale, FL 33329-7858 |
| 4967292 | | EDI: BECKLEE.COM | May 26 2021 22:48:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4924757 | + | Email/Text: arlegal@amtrustgroup.com | May 26 2021 18:55:00 | Amtrust North America, 800 Superior Avenue E., Cleveland, OH 44114-2601 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 4959613 | + | EDI: RECOVERYCORP.COM | May 26 2021 22:48:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4924767 | + | EDI: CITICORP.COM | May 26 2021 22:48:00 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 4924763 | + | EDI: CAPITALONE.COM | May 26 2021 22:48:00 | Capital One, 26525 N. Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 4952524 | | EDI: BL-BECKET.COM | May 26 2021 22:48:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4924780 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | May 26 2021 18:54:00 | De Lage Landen Financial, Services, 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 4924788 | + | Email/Text: bankruptcy@fult.com | May 26 2021 18:55:00 | Fulton Bank, P.O.Box 69, East Petersburg, PA 17520-0069 |
| 4924787 | | EDI: USBANKARS.COM | May 26 2021 22:48:00 | Fulton Bank, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 4924782 | | EDI: IRS.COM | May 26 2021 22:48:00 | Department of Treasury, Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 4924770 | | EDI: JPMORGANCHASE | May 26 2021 22:48:00 | Chase, Card Services, P.O. Box 15548, Wilmington, DE 19886-5548 |
| 4924771 | | EDI: JPMORGANCHASE | May 26 2021 22:48:00 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 4924772 | | EDI: JPMORGANCHASE | May 26 2021 22:48:00 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 4924773 | | EDI: JPMORGANCHASE | May 26 2021 22:48:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 4924774 | | EDI: JPMORGANCHASE | May 26 2021 22:48:00 | Chase Slate, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 4924791 | + | Email/Text: cs.bankruptcy@jmcbiz.com | May 26 2021 18:55:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd., Suite 200, Twinsburg, OH 44087-1900 |
| 4924792 | + | Email/Text: PBNCNotifications@peritusservices.com | May 26 2021 18:54:00 | Kohl's, P.O. Box 3084, Milwaukee, WI 53201-3084 |
| 4924793 | + | Email/Text: PBNCNotifications@peritusservices.com | May 26 2021 18:54:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 4924795 | | Email/Text: camanagement@mtb.com | May 26 2021 18:55:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 4924796 | + | Email/Text: bknotices@mbandw.com | May 26 2021 18:55:00 | McCarthy, Burgess & Wolff, The MB&W Building, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 5300484 | + | EDI: AISMIDFIRST | May 26 2021 22:48:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5300483 | + | EDI: AISMIDFIRST | May 26 2021 22:48:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 4924799 | + | Email/Text: Bankruptcies@nragroup.com | May 26 2021 18:55:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4972352 | | EDI: PRA.COM | May 26 2021 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4925740 | + | EDI: RECOVERYCORP.COM | May 26 2021 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4924815 | | Email/Text: Bankruptcy@stearnsbank.com | May 26 2021 18:54:00 | Stearns Bank, 4140 Thielman Land, Saint Cloud, MN 56301 |

| Recip ID | Delivery | Date/Time | Name and Address |
|---|---|---|---|
| 4924819 | + EDI: RMSC.COM | May 26 2021 22:48:00 | SYNCB/Toys R Us, P.O. Box 965005, 3rd Floor, Orlando, FL 32896-5005 |
| 4927479 | Email/Text: bankruptcy@bbandt.com | May 26 2021 18:55:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 4924813 | + Email/Text: bankruptcy@bbandt.com | May 26 2021 18:55:00 | Sheffield Financial Company, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 4924822 | EDI: CITICORP.COM | May 26 2021 22:48:00 | Tractor Supply Credit Plan, P.O. Box 6403, Sioux Falls, SD 57117-6403 |
| 4924764 | EDI: USBANKARS.COM | May 26 2021 22:48:00 | Cardmember Service, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 4924765 | EDI: USBANKARS.COM | May 26 2021 22:48:00 | Cardmember Services, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 4924785 | EDI: USBANKARS.COM | May 26 2021 22:48:00 | Elan Financial Service, P.O. Box 790084, Saint Louis, MO 63179 |
| 4924825 | Email/Text: vci.bkcy@vwcredit.com | May 26 2021 18:55:00 | VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 4972938 | Email/Text: ebn@americollect.com | May 26 2021 18:55:00 | WELLSPAN YORK HOSPITAL, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 4924827 | EDI: WFFC.COM | May 26 2021 22:48:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 4924830 | Email/Text: BKRMailOps@weltman.com | May 26 2021 18:55:00 | Weltman, Weinberg & Reis, Co., 3705 Marlane Drive, Grove City, OH 43123-8895 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4931034 | | M&T Bank - PO Box 1508 Buffalo, NY 14240 |
| 4972972 | | PINGORA LOAN SERVICING, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ##+ | Caterpillar Financial Services Corporation, c/o Peter S. Russ, Esquire, Buchanan Ingersoll & Rooney PC, One Oxford Centre, 301 Grant Street - 20th floor, Pittsburgh, PA 15219-1412 |
| 4924749 | ## | Advantage Physical Therapy, 2821 East Prospect Road, York, PA 17402-9213 |
| 4924786 | ##+ | Express Scripts, 4415 Lewis Road, Harrisburg, PA 17111-2541 |
| 4924800 | ##+ | Nationwide, 30 Red Hill Court, Newport, PA 17074-8706 |
| 4924801 | ## | Nationwide Credit, Inc., P.O. Box 26315, Lehigh Valley, PA 18002-6315 |
| 4924823 | ##+ | Trinity Law, 145 East Market Street, York, PA 17401-1221 |

TOTAL: 2 Undeliverable, 1 Duplicate, 6 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Pingora Loan Servicing LLC amps@manleydeas.com |
| James Warmbrodt | on behalf of Creditor VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor Flagstar Bank FSB bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor Pingora Loan Servicing LLC pamb@fedphe.com |
| John R Keating | on behalf of Creditor Yellowbook Inc. jkeating@keatinglawfirm.com, efile-bank@amatolaw.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Mario John Hanyon | on behalf of Creditor Pingora Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Peter S Russ | on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| Shawn Michael Long | on behalf of Creditor Fulton Bank N.A. formerly known as Fulton Bank slong@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com |
| Sherri Smith | on behalf of Creditor Flagstar Bank FSB ssmith@pincuslaw.com |
| Steven M. Carr | on behalf of Plaintiff Norman R Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |
| Steven M. Carr | on behalf of Debtor 2 Jody L Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |
| Steven M. Carr | on behalf of Debtor 1 Norman R Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |
| Steven M. Carr | on behalf of Plaintiff Jody L Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Norman R Rogers<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1116<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | Jody L Rogers<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2552<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13   5/24/17 |
| Case number: | 1:17-bk-02138-HWV | Date case converted to chapter: | 7   5/24/21 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/01/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Norman R Rogers | Jody L Rogers |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4270 Nursery Road<br>Dover, PA 17315 | 4270 Nursery Road<br>Dover, PA 17315 |
| 4. | **Debtor's attorney**<br>Name and address | Steven M. Carr<br>Ream Carr Markey Woloshin & Hunter LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br><br>Email:  stevecarr8@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Leon P. Haller (Trustee)<br>Purcell, Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102 | Contact phone 717 234–4178<br><br>Email:  lhaller@pkh.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101–1737 | Hours open:  Monday – Friday 9:00 AM to 4:00 PM  Contact phone (717) 901–2800  Date: 5/26/21 |
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 12, 2021 at 08:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *Valid photo identification and proof of social security number are required* | Location:  **341 meeting will be held telephonically, Refer to the call–in instructions** |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/22/21** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**