| | |
|---|---|
| In re: | Case No. 17-02138-HWV |
| Norman R Rogers | Chapter 7 |
| Jody L Rogers | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 5 |
| Date Rcvd: May 26, 2021 | Form ID: tele341 | Total Noticed: 99 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman R Rogers, Jody L Rogers, 4270 Nursery Road, Dover, PA 17315-2624 |
| cr | + | Fulton Bank, N.A. formerly known as Fulton Bank, c/o Shawn Long, Esquire, Barley Snyder, 126 East King Street, Lancaster, PA 17602-2893 |
| cr | + | Yellowbook, Inc., c/o Amato & Lessa, P.C., 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 4924750 | + | Affordable Lawn Care, & Landscaping, LLC, 4270 Nursery Road, Dover, PA 17315-2624 |
| 4924752 | | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 4924753 | | American Express, P.O. Box 297858, Fort Lauderdale, FL 33329-7858 |
| 4924754 | | American Express, P.O. Box 29781, Fort Lauderdale, FL 33329 |
| 4967292 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4924758 | + | Amtrust North America, Inc., P.O. Box 6939, Cleveland, OH 44101-1939 |
| 4924759 | + | Arcadia, P.O. Box 6768, Reading, PA 19610-0768 |
| 4924761 | + | Barley Snyder, Shawn M. Long, Esquire, 126 East King Street, Lancaster, PA 17602-2832 |
| 4924762 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 4952524 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4924766 | + | Caterpillar Financial Services, 2120 West End Avenue, P.O. Box 340001, Nashville, TN 37203-0001 |
| 4955839 | + | Caterpillar Financial Services Corporation, c/o Peter S. Russ, Esq., Buchanan Ingersoll & Rooney PC, 301 Grant Street, 20th Floor, Pittsburgh, PA 15219-1410 |
| 4924768 | + | Cenlar, P.O. Box 77404, Trenton, NJ 08628-6404 |
| 4924769 | | Central Loan Adimnistration, & Reporting, P.O. Box 202027, Florence, SC 29502-2028 |
| 4924775 | + | Credit Bureau of York, Inc., 33 S. Duke Street, York, PA 17401-1485 |
| 4924776 | + | Crime Intervention Alarm, Co., Inc., 1377 Spahn Avenue, York, PA 17403-5710 |
| 4924777 | + | Cure Pharmacy, 1812 State Hill Road, Wyomissing, PA 19610-1604 |
| 4924778 | + | D&A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 4924779 | + | David Pharmacy LLC, 1518 East Main Street, Lancaster, OH 43130-3435 |
| 4924781 | + | De Luca Levine, Three Valley Square, Suite 220, Blue Bell, PA 19422-2736 |
| 4924783 | | Dex Media, P.O. Box 619810, DFW Airport, TX 75261-9810 |
| 4924784 | | EIS Collections, P.O. Box 1730, Reynoldsburg, OH 43068-8730 |
| 5151077 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 5151078 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263, Flagstar Bank, FSB, P.O. Box 660263 Dallas, TX 75266-0263 |
| 4969168 | + | Fulton Bank, N.A., fka Fulton Bank, c/o Shawn M. Long, Esquire, Barley Snyder, 126 East King Street, Lancaster, PA 17602-2893 |
| 4924789 | | GM Card, Capital One Card Services, P.O. Box 30256, Salt Lake City, UT 84130-0256 |
| 4924790 | + | HIBU Inc., fka Yellowbook, Inc., c/o Michael R. Lessa, Esquire, 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 4924798 | + | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5300483 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5300484 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank Bankruptcy Department 73118-6051 |
| 4924797 | | Morganstein Defalcis, Rehabilitation, 4811 Jonestown Road, Ste 123, Harrisburg, PA 17109-1751 |
| 4924794 | ++ | NORTHERN LEASING SYSTEMS INC, 525 WASHINGTON BLVD 15 FLOOR, JERSEY CITY NJ 07310-2603 address filed with court:, Lease Finance Group, LLC, 419 East Main Street, Suite 102, Middletown, NY 10940 |
| 4924802 | | OSS Health, 1861 Powder Mill Road, York, PA 17402-4723 |
| 4924803 | #+ | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 4924804 | | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |
| 4924805 | + | Peter Wapner, Esquire, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 4924806 | + | Physician Billing Services, 1803 Mt. Rose Avenue, Suite B3, York, PA 17403-3051 |
| 4924807 | + | Pingora Loan Servicing, LLC, 425 Phillips BLvd, Trenton, NJ 08618-1430 |
| 4992864 | + | Pingora Loan Servicing, LLC, Cenlar Federal Savings Bank, BK Department, 425 Phillips BLVD., Cenlar Federal Savings Bank, Ewing, NJ 08618-1430 |
| 4992865 | + | Pingora Loan Servicing, LLC, Cenlar Federal Savings Bank, BK Department, 425 Phillips BLVD., Ewing, NJ 08618-1430 |
| 4924808 | | Productivity Plus Account, Dept. 93-1158017446, P.O. Box 78004, Phoenix, AZ 85062-8004 |
| 4924809 | + | Quality Care, Ambulance Service, 54 N. Harrison Street, York, PA 17403-1224 |
| 4924810 | + | Rogers & Son Lawn Care, & Landscaping, LLC, 4270 Nursery Road, Dover, PA 17315-2624 |
| 4924812 | + | Sheffield Financial, P.O. Box 5802296, Charlotte, NC 28258-0001 |
| 4924811 | + | Sheffield Financial, P.O. Box 5802259, Charlotte, NC 28258-0001 |
| 4924814 | + | Skyline Health Services, LLC, 505 Marlboro Road, Wood Ridge, NJ 07075-1235 |
| 4924816 | | Stoneleigh Recovery Assoc., P.O. Box 1118, Charlotte, NC 28201-1118 |
| 4924817 | + | Stoneybrook Pharmacy, 13921 S Plaza, Omaha, NE 68137-2916 |
| 4924818 | + | Summit Merchant Solutions, 100 Throckmorton Street, Suite 1800, Fort Worth, TX 76102-2802 |
| 4924820 | #+ | Terex, 200 Nyala Farm Road, Westport, CT 06880-6265 |
| 4924821 | + | The May Eye Care, Center & Associates, 250 Fame Avenue, Suite 225, Hanover, PA 17331-1576 |
| 4972769 | | U.S. Bank National Association dba, Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 4924824 | + | United Collection, Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 4961022 | + | VW Credit, Inc. (See 410), PO Box 9013, Addison, Texas 75001-9013 |
| 4924826 | + | Walgreens Specialty Pharmacy, 15358 Collection Center Dr., Chicago, IL 60693-0153 |
| 4924827 | | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 4924828 | | Wellspan Health, P.O. Box 74264, Cincinnati, OH 45274-2641 |
| 4924829 | | Wellspan Physician Billing, P.O. Box 742641, Cincinnati, OH 45274-2642 |
| 4924831 | + | Wesco Insurance Company, P.O. Box 31330, Cleveland, OH 44131-0330 |
| 4924832 | + | York Hospital, 1001 S. George Street, York, PA 17403-3645 |

TOTAL: 63

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4924755 | | Email/Text: ebn@americollect.com | May 26 2021 18:55:00 | Americollect, Inc., P.O. Box 1566, Manitowoc, WI 54221-1566 |
| 4924756 | | Email/Text: ebn@americollect.com | May 26 2021 18:55:00 | Americollect, Inc., P.O. Box 1690, Manitowoc, WI 54221-1690 |
| 4924760 | + | Email/Text: legal@arsnational.com | May 26 2021 18:55:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 4924751 | | Email/Text: ally@ebn.phinsolutions.com | May 26 2021 18:54:00 | Ally, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 4924757 | + | Email/Text: arlegal@amtrustgroup.com | May 26 2021 18:55:00 | Amtrust North America, 800 Superior Avenue E., Cleveland, OH 44114-2601 |
| 4959613 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2021 19:04:08 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4924767 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 19:04:52 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 4924763 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 19:04:48 | Capital One, 26525 N. Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 4924780 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | May 26 2021 18:54:00 | De Lage Landen Financial, Services, 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 4924788 | + | Email/Text: bankruptcy@fult.com | May 26 2021 18:55:00 | Fulton Bank, P.O.Box 69, East Petersburg, PA 17520-0069 |
| 4924787 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2021 18:55:00 | Fulton Bank, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 4924782 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2021 18:55:00 | Department of Treasury, Internal Revenue Service, |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Cincinnati, OH 45999-0030 |
| 4924770 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 19:04:27 | Chase, Card Services, P.O. Box 15548, Wilmington, DE 19886-5548 |
| 4924771 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 19:04:27 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 4924772 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 19:04:06 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 4924773 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 19:04:27 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 4924774 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 19:04:48 | Chase Slate, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 4924791 | + Email/Text: cs.bankruptcy@jmcbiz.com | May 26 2021 18:55:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd., Suite 200, Twinsburg, OH 44087-1900 |
| 4924792 | + Email/Text: PBNCNotifications@peritusservices.com | May 26 2021 18:54:00 | Kohl's, P.O. Box 3084, Milwaukee, WI 53201-3084 |
| 4924793 | + Email/Text: PBNCNotifications@peritusservices.com | May 26 2021 18:54:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 4924795 | Email/Text: camanagement@mtb.com | May 26 2021 18:55:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 4924796 | + Email/Text: bknotices@mbandw.com | May 26 2021 18:55:00 | McCarthy, Burgess & Wolff, The MB&W Building, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 4924799 | + Email/Text: Bankruptcies@nragroup.com | May 26 2021 18:55:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4972352 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 19:04:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4925740 | + Email/PDF: rmscedi@recoverycorp.com | May 26 2021 19:04:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4924815 | Email/Text: Bankruptcy@stearnsbank.com | May 26 2021 18:54:00 | Stearns Bank, 4140 Thielman Land, Saint Cloud, MN 56301 |
| 4924819 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:27 | SYNCB/Toys R Us, P.O. Box 965005, 3rd Floor, Orlando, FL 32896-5005 |
| 4927479 | Email/Text: bankruptcy@bbandt.com | May 26 2021 18:55:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 4924813 | + Email/Text: bankruptcy@bbandt.com | May 26 2021 18:55:00 | Sheffield Financial Company, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 4924822 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 19:04:54 | Tractor Supply Credit Plan, P.O. Box 6403, Sioux Falls, SD 57117-6403 |
| 4924764 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2021 18:55:00 | Cardmember Service, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 4924765 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2021 18:55:00 | Cardmember Services, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 4924785 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2021 18:55:00 | Elan Financial Service, P.O. Box 790084, Saint Louis, MO 63179 |
| 4924825 | Email/Text: vci.bkcy@vwcredit.com | May 26 2021 18:55:00 | VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 4972938 | Email/Text: ebn@americollect.com | May 26 2021 18:55:00 | WELLSPAN YORK HOSPITAL, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 4924830 | Email/Text: BKRMailOps@weltman.com | May 26 2021 18:55:00 | Weltman, Weinberg & Reis, Co., 3705 Marlane Drive, Grove City, OH 43123-8895 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4931034 | | M&T Bank - PO Box 1508 Buffalo, NY 14240 |
| 4972972 | | PINGORA LOAN SERVICING, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ##+ | Caterpillar Financial Services Corporation, c/o Peter S. Russ, Esquire, Buchanan Ingersoll & Rooney PC, One Oxford Centre, 301 Grant Street - 20th floor, Pittsburgh, PA 15219-1412 |
| 4924749 | ## | Advantage Physical Therapy, 2821 East Prospect Road, York, PA 17402-9213 |
| 4924786 | ##+ | Express Scripts, 4415 Lewis Road, Harrisburg, PA 17111-2541 |
| 4924800 | ##+ | Nationwide, 30 Red Hill Court, Newport, PA 17074-8706 |
| 4924801 | ## | Nationwide Credit, Inc., P.O. Box 26315, Lehigh Valley, PA 18002-6315 |
| 4924823 | ##+ | Trinity Law, 145 East Market Street, York, PA 17401-1221 |

TOTAL: 2 Undeliverable, 1 Duplicate, 6 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Pingora Loan Servicing LLC amps@manleydeas.com |
| James Warmbrodt | on behalf of Creditor VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor Flagstar Bank FSB bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor Pingora Loan Servicing LLC pamb@fedphe.com |
| John R Keating | on behalf of Creditor Yellowbook Inc. jkeating@keatinglawfirm.com, efile-bank@amatolaw.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Mario John Hanyon | on behalf of Creditor Pingora Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Peter S Russ | on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| Shawn Michael Long | on behalf of Creditor Fulton Bank N.A. formerly known as Fulton Bank slong@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com |

Sherri Smith
    on behalf of Creditor Flagstar Bank FSB ssmith@pincuslaw.com

Steven M. Carr
    on behalf of Plaintiff Norman R Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net

Steven M. Carr
    on behalf of Debtor 2 Jody L Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net

Steven M. Carr
    on behalf of Debtor 1 Norman R Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net

Steven M. Carr
    on behalf of Plaintiff Jody L Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 16

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(03/20)