United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Norman R Rogers  
Jody L Rogers  
    Debtors

Case No. 17-02138-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5  
Date Rcvd: Sep 16, 2021      Form ID: 318      Total Noticed: 99

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman R Rogers, Jody L Rogers, 4270 Nursery Road, Dover, PA 17315-2624 |
| cr | + | Fulton Bank, N.A. formerly known as Fulton Bank, c/o Shawn Long, Esquire, Barley Snyder, 126 East King Street, Lancaster, PA 17602-2893 |
| cr | + | Yellowbook, Inc., c/o Amato & Lessa, P.C., 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 4924750 | + | Affordable Lawn Care, & Landscaping, LLC, 4270 Nursery Road, Dover, PA 17315-2624 |
| 4924758 | + | Amtrust North America, Inc., P.O. Box 6939, Cleveland, OH 44101-1939 |
| 4924759 | + | Arcadia, P.O. Box 6768, Reading, PA 19610-0768 |
| 4924761 | + | Barley Snyder, Shawn M. Long, Esquire, 126 East King Street, Lancaster, PA 17602-2832 |
| 4924762 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 4924766 | + | Caterpillar Financial Services, 2120 West End Avenue, P.O. Box 340001, Nashville, TN 37203-0001 |
| 4955839 | + | Caterpillar Financial Services Corporation, c/o Peter S. Russ, Esq., Buchanan Ingersoll & Rooney PC, 301 Grant Street, 20th Floor, Pittsburgh, PA 15219-1410 |
| 4924768 | + | Cenlar, P.O. Box 77404, Trenton, NJ 08628-6404 |
| 4924769 | | Central Loan Adiminstration, & Reporting, P.O. Box 202027, Florence, SC 29502-2028 |
| 4924775 | + | Credit Bureau of York, Inc., 33 S. Duke Street, York, PA 17401-1485 |
| 4924776 | + | Crime Intervention Alarm, Co., Inc., 1377 Spahn Avenue, York, PA 17403-5710 |
| 4924777 | + | Cure Pharmacy, 1812 State Hill Road, Wyomissing, PA 19610-1604 |
| 4924778 | + | D&A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 4924779 | + | David Pharmacy LLC, 1518 East Main Street, Lancaster, OH 43130-3435 |
| 4924781 | + | De Luca Levine, Three Valley Square, Suite 220, Blue Bell, PA 19422-2736 |
| 4924783 | | Dex Media, P.O. Box 619810, DFW Airport, TX 75261-9810 |
| 4924784 | | EIS Collections, P.O. Box 1730, Reynoldsburg, OH 43068-8730 |
| 4924786 | + | Express Scripts, 4415 Lewis Road, Harrisburg, PA 17111-2541 |
| 5151077 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 5151078 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263, Flagstar Bank, FSB, P.O. Box 660263 Dallas, TX 75266-0263 |
| 4969168 | + | Fulton Bank, N.A., fka Fulton Bank, c/o Shawn M. Long, Esquire, Barley Snyder, 126 East King Street, Lancaster, PA 17602-2893 |
| 4924789 | | GM Card, Capital One Card Services, P.O. Box 30256, Salt Lake City, UT 84130-0256 |
| 4924790 | + | HIBU Inc., fka Yellowbook, Inc., c/o Michael R. Lessa, Esquire, 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 4924798 | + | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 4924797 | | Morganstein Defalcis, Rehabilitation, 4811 Jonestown Road, Ste 123, Harrisburg, PA 17109-1751 |
| 4924794 | ++ | NORTHERN LEASING SYSTEMS INC, 525 WASHINGTON BLVD 15 FLOOR, JERSEY CITY NJ 07310-2603 address filed with court:, Lease Finance Group, LLC, 419 East Main Street, Suite 102, Middletown, NY 10940 |
| 4924802 | | OSS Health, 1861 Powder Mill Road, York, PA 17402-4723 |
| 4924804 | | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |
| 4924805 | + | Peter Wapner, Esquire, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 4924806 | + | Physician Billing Services, 1803 Mt. Rose Avenue, Suite B3, York, PA 17403-3051 |
| 4924807 | + | Pingora Loan Servicing, LLC, 425 Phillips BLvd, Trenton, NJ 08618-1430 |
| 4992864 | + | Pingora Loan Servicing, LLC, Cenlar Federal Savings Bank, BK Department, 425 Phillips BLVD., Cenlar Federal Savings Bank, Ewing, NJ 08618-1430 |
| 4992865 | + | Pingora Loan Servicing, LLC, Cenlar Federal Savings Bank, BK Department, 425 Phillips BLVD., Ewing, NJ 08618-1430 |
| 4924808 | | Productivity Plus Account, Dept. 93-1158017446, P.O. Box 78004, Phoenix, AZ 85062-8004 |

| | | |
|---|---|---|
| 4924809 | + | Quality Care, Ambulance Service, 54 N. Harrison Street, York, PA 17403-1224 |
| 4924810 | + | Rogers & Son Lawn Care, & Landscaping, LLC, 4270 Nursery Road, Dover, PA 17315-2624 |
| 4924812 | + | Sheffield Financial, P.O. Box 5802296, Charlotte, NC 28258-0001 |
| 4924811 | + | Sheffield Financial, P.O. Box 5802259, Charlotte, NC 28258-0001 |
| 4924814 | + | Skyline Health Services, LLC, 505 Marlboro Road, Wood Ridge, NJ 07075-1235 |
| 4924816 | | Stoneleigh Recovery Assoc., P.O. Box 1118, Charlotte, NC 28201-1118 |
| 4924817 | + | Stoneybrook Pharmacy, 13921 S Plaza, Omaha, NE 68137-2916 |
| 4924818 | + | Summit Merchant Solutions, 100 Throckmorton Street, Suite 1800, Fort Worth, TX 76102-2802 |
| 4924820 | #+ | Terex, 200 Nyala Farm Road, Westport, CT 06880-6265 |
| 4924821 | + | The May Eye Care, Center & Associates, 250 Fame Avenue, Suite 225, Hanover, PA 17331-1576 |
| 4972769 | | U.S. Bank National Association dba, Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 4924824 | + | United Collection, Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 4961022 | + | VW Credit, Inc. (See 410), PO Box 9013, Addison, Texas 75001-9013 |
| 4924826 | + | Walgreens Specialty Pharmacy, 15358 Collection Center Dr., Chicago, IL 60693-0153 |
| 4924828 | | Wellspan Health, P.O. Box 74264, Cincinnati, OH 45274-2641 |
| 4924829 | | Wellspan Physician Billing, P.O. Box 742641, Cincinnati, OH 45274-2642 |
| 4924831 | + | Wesco Insurance Company, P.O. Box 31330, Cleveland, OH 44131-0330 |
| 4924832 | + | York Hospital, 1001 S. George Street, York, PA 17403-3645 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4924755 | | Email/Text: ebn@americollect.com | Sep 16 2021 18:55:00 | Americollect, Inc., P.O. Box 1566, Manitowoc, WI 54221-1566 |
| 4924756 | | Email/Text: ebn@americollect.com | Sep 16 2021 18:55:00 | Americollect, Inc., P.O. Box 1690, Manitowoc, WI 54221-1690 |
| 4924760 | + | EDI: ARSN.COM | Sep 16 2021 22:58:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 4924751 | | EDI: GMACFS.COM | Sep 16 2021 22:58:00 | Ally, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 4924752 | | EDI: AMEREXPR.COM | Sep 16 2021 22:58:00 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 4924754 | | EDI: AMEREXPR.COM | Sep 16 2021 22:58:00 | American Express, P.O. Box 29781, Fort Lauderdale, FL 33329 |
| 4924753 | | EDI: AMEREXPR.COM | Sep 16 2021 22:58:00 | American Express, P.O. Box 297858, Fort Lauderdale, FL 33329-7858 |
| 4967292 | | EDI: BECKLEE.COM | Sep 16 2021 22:58:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4924757 | + | Email/Text: arlegal@amtrustgroup.com | Sep 16 2021 18:55:00 | Amtrust North America, 800 Superior Avenue E., Cleveland, OH 44114-2601 |
| 4959613 | + | EDI: RECOVERYCORP.COM | Sep 16 2021 22:58:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4924767 | + | EDI: CITICORP.COM | Sep 16 2021 22:58:00 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 4924763 | + | EDI: CAPITALONE.COM | Sep 16 2021 22:58:00 | Capital One, 26525 N. Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 4952524 | | EDI: BL-BECKET.COM | Sep 16 2021 22:58:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4924780 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Sep 16 2021 18:55:00 | De Lage Landen Financial, Services, 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 4924788 | + | Email/Text: bankruptcy@fult.com | Sep 16 2021 18:55:00 | Fulton Bank, P.O.Box 69, East Petersburg, PA 17520-0069 |

| ID | Method | Time | Recipient |
|---|---|---|---|
| 4924787 | EDI: USBANKARS.COM | Sep 16 2021 22:58:00 | Fulton Bank, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 4924782 | EDI: IRS.COM | Sep 16 2021 22:58:00 | Department of Treasury, Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 4924770 | EDI: JPMORGANCHASE | Sep 16 2021 22:58:00 | Chase, Card Services, P.O. Box 15548, Wilmington, DE 19886-5548 |
| 4924771 | EDI: JPMORGANCHASE | Sep 16 2021 22:58:00 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 4924772 | EDI: JPMORGANCHASE | Sep 16 2021 22:58:00 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 4924773 | EDI: JPMORGANCHASE | Sep 16 2021 22:58:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 4924774 | EDI: JPMORGANCHASE | Sep 16 2021 22:58:00 | Chase Slate, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 4924791 | + Email/Text: cs.bankruptcy@jmcbiz.com | Sep 16 2021 18:55:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd., Suite 200, Twinsburg, OH 44087-1900 |
| 4924792 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 16 2021 18:55:00 | Kohl's, P.O. Box 3084, Milwaukee, WI 53201-3084 |
| 4924793 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 16 2021 18:55:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 4924795 | Email/Text: camanagement@mtb.com | Sep 16 2021 18:55:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 4924796 | + Email/Text: bknotices@mbandw.com | Sep 16 2021 18:55:00 | McCarthy, Burgess & Wolff, The MB&W Building, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 5300484 | + EDI: AISMIDFIRST | Sep 16 2021 22:58:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5300483 | + EDI: AISMIDFIRST | Sep 16 2021 22:58:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 4924799 | + Email/Text: Bankruptcies@nragroup.com | Sep 16 2021 18:55:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4972352 | EDI: PRA.COM | Sep 16 2021 22:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4925740 | + EDI: RECOVERYCORP.COM | Sep 16 2021 22:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4924815 | Email/Text: Bankruptcy@stearnsbank.com | Sep 16 2021 18:55:00 | Stearns Bank, 4140 Thielman Land, Saint Cloud, MN 56301 |
| 4924819 | + EDI: RMSC.COM | Sep 16 2021 22:58:00 | SYNCB/Toys R Us, P.O. Box 965005, 3rd Floor, Orlando, FL 32896-5005 |
| 4927479 | Email/Text: bankruptcy@bbandt.com | Sep 16 2021 18:55:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 4924813 | + Email/Text: bankruptcy@bbandt.com | Sep 16 2021 18:55:00 | Sheffield Financial Company, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 4924822 | EDI: CITICORP.COM | Sep 16 2021 22:58:00 | Tractor Supply Credit Plan, P.O. Box 6403, Sioux Falls, SD 57117-6403 |
| 4924764 | EDI: USBANKARS.COM | Sep 16 2021 22:58:00 | Cardmember Service, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 4924765 | EDI: USBANKARS.COM | Sep 16 2021 22:58:00 | Cardmember Services, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 4924785 | EDI: USBANKARS.COM | | |

| Recip ID | Bypass Reason | Contact Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 16 2021 22:58:00 | Elan Financial Service, P.O. Box 790084, Saint Louis, MO 63179 |
| 4924825 | | Email/Text: vci.bkcy@vwcredit.com | Sep 16 2021 18:55:00 | VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 4972938 | | Email/Text: ebn@americollect.com | Sep 16 2021 18:55:00 | WELLSPAN YORK HOSPITAL, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 4924827 | | EDI: WFFC.COM | Sep 16 2021 22:58:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 4924830 | | Email/Text: BKRMailOps@weltman.com | Sep 16 2021 18:55:00 | Weltman, Weinberg & Reis, Co., 3705 Marlane Drive, Grove City, OH 43123-8895 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4931034 | | M&T Bank - PO Box 1508 Buffalo, NY 14240 |
| 4972972 | | PINGORA LOAN SERVICING, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ##+ | Caterpillar Financial Services Corporation, c/o Peter S. Russ, Esquire, Buchanan Ingersoll & Rooney PC, One Oxford Centre, 301 Grant Street - 20th floor, Pittsburgh, PA 15219-1412 |
| 4924749 | ## | Advantage Physical Therapy, 2821 East Prospect Road, York, PA 17402-9213 |
| 4924800 | ##+ | Nationwide, 30 Red Hill Court, Newport, PA 17074-8706 |
| 4924801 | ## | Nationwide Credit, Inc., P.O. Box 26315, Lehigh Valley, PA 18002-6315 |
| 4924803 | ##+ | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 4924823 | ##+ | Trinity Law, 145 East Market Street, York, PA 17401-1221 |

TOTAL: 2 Undeliverable, 1 Duplicate, 6 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 18, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Pingora Loan Servicing LLC amps@manleydeas.com |
| James Warmbrodt | on behalf of Creditor VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor Flagstar Bank FSB bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |

| | |
|---|---|
| Jerome B Blank | on behalf of Creditor Pingora Loan Servicing LLC pamb@fedphe.com |
| John R Keating | on behalf of Creditor Yellowbook Inc. jkeating@keatinglawfirm.com, efile-bank@amatolaw.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Mario John Hanyon | on behalf of Creditor Pingora Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Peter S Russ | on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| Shawn Michael Long | on behalf of Creditor Fulton Bank N.A. formerly known as Fulton Bank slong@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com |
| Sherri Smith | on behalf of Creditor Flagstar Bank FSB ssmith@pincuslaw.com, brausch@pincuslaw.com |
| Steven M. Carr | on behalf of Plaintiff Norman R Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |
| Steven M. Carr | on behalf of Debtor 2 Jody L Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |
| Steven M. Carr | on behalf of Debtor 1 Norman R Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |
| Steven M. Carr | on behalf of Plaintiff Jody L Rogers stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

| | | |
|---|---|---|
| Debtor 1 | Norman R Rogers | Social Security number or ITIN  xxx–xx–1116 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jody L Rogers | Social Security number or ITIN  xxx–xx–2552 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–02138–HWV | |

# Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Norman R Rogers                        Jody L Rogers

**By the court:**   *[signature]*

9/16/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**